**STATE of Missouri, Respondent,**

v.

**Elijah L. JONES, Appellant.**

**No. WD 70020.**

Missouri Court of Appeals,
Western District.

March 16, 2010.

Susan E. Summers, Esq., Kansas City, MO, for appellant.

Shaun J. Mackelprang, Esq. and Mary H. Moore, Esq., Jefferson City, MO, for respondent.

BEFORE DIVISION ONE: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART, JR. and ALOK AHUJA, Judges.

ORDER

PER CURIAM.

Elijah Jones appeals his convictions for second-degree murder and armed criminal action, following a jury trial. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).